**Personal Statement from Kim Kelley**

Re: Civil RICO Complaint – Case 3:25-cv-00052

To Whom It May Concern,

I am submitting this statement to address the allegations made against me, Kim Kelley, as well as my affiliated entities—Digital Defenders United and Grow Online, LLC—in the above-referenced federal lawsuit.

First and foremost, I unequivocally deny all allegations of misconduct, racketeering, fraud, or intentional wrongdoing stated in the complaint. My actions—both personal and professional—have consistently been guided by a commitment to truth, transparency, and the protection of children from exploitation and harm.

**Background and Professional Integrity**

As a survivor of 20 years of cult abuse and trafficking, I have dedicated my adult life to child protection and advocacy. I have worked closely with law enforcement on a volunteer basis, provided trauma-informed training to officers, and am developing survivor-centered healing programs in collaboration with local, state, and federal professionals. My work includes programs to develop safe recovery centers and triage protocols for rescued children, most recently in collaboration with RanchTX.org —a premier training facility for law enforcement, government agencies, military personnel, and first responders.

**Clarification on Relationship with Phillip Drake and Uniting America Inc.**

I was never a legal or financial partner in Uniting America Inc., nor did I receive compensation for my volunteer work. I supported the concept of a regenerative healing farm for survivors of child trafficking, which aligned with my advocacy. To my knowledge, UAI received under $50,000 in total donations during my involvement. I left the organization in June 2024 and have had no formal contact with Phillip Drake since. Any suggestion of a romantic relationship, financial partnership, or shared ownership of assets is categorically false.

**Separate and Lawful Operation of Digital Defenders United and Grow Online, LLC**

Digital Defenders United is a 501(c)(3) nonprofit I founded in July 2024. It is self-funded and has received less than $500 in public donations. Grow Online, LLC is my private marketing agency, which has never solicited or processed donations. Neither entity has any connection to Uniting America Inc. or Phillip Drake, nor have they been used to funnel or misappropriate funds.

**Involvement in the Millersville Operation**

At the request of Veterans for Child Rescue (V4CR), I participated in the May 2024 sting operation in Millersville, Tennessee. I was paid a daily rate and reimbursed for travel. Two weeks before the operation, V4CR instructed me to purchase burner phones and begin chatting with suspects from South Carolina—a request I declined. After raising concerns about the legality and structure of the operation, I was met with hostility and initially declined to participate. About a week later, V4CR leadership asked me to attend in person to help train other chatters, which I agreed to.

Concerns over V4CR's operational integrity, misappropriation of funds, and questionable affiliations led me to document my experience during the sting using my personal phone. This was not done with any malicious intent but rather as a personal precaution given the irregularities I observed and in accordance with Tennessee's one-party consent law. I later submitted this documentation to the Tennessee Bureau of Investigation (TBI) in July 2024, after V4CR's leadership falsely and publicly accused me of obstruction and misconduct. I only shared evidence with NewsChannel 5 and agreed to an interview in July 2024 after V4CR began actively and publicly defaming me, refused to respond to repeated professional outreach, and declined to resolve our business relationship in good faith.

**Regarding Evidence and Allegations of Fabrication**

All materials I submitted—including videos, audio recordings, text threads, emails, and photographs—are verifiable, timestamped, and authentic. I welcome forensic examination by law enforcement. I have never falsified or manipulated evidence, and I have never profited from whistleblowing, media coverage, or the submission of this evidence. See Exhibit

## False Claims, Irrelevant Material, and Mischaracterizations

The complaint contains multiple fabrications and irrelevancies, including:

- The inclusion of an unrelated methamphetamine traffic stop (Complaint Pages 137–141), with individuals I do not know.
- False allegations of a romantic relationship with Phillip Drake.
- Mischaracterization of volunteer survivor housing work as a "child purchasing scheme."
- Claims I exposed undercover identities—I did not choose the footage Channel 5 published, nor did I make Candler's identity public. His image was already published by others.
- Accusations of soliciting $35,000 from V4CR—a request that was made by Phillip Drake to Craig Sawyer in January 2024, which I had no involvement in, and have extensive documentation of Craig discussing prior to the Millersville op.

I ask that the Court and reviewing parties recognize the inclusion of these unrelated details as misleading and prejudicial.

## Retaliation, Harassment, and Malicious Motive

One week after the Millersville operation, I was terminated by V4CR without cause or pay for two months of work. Their leadership made public defamatory statements that have caused personal, professional, and reputational harm. They then filed false police reports in multiple states, none of which resulted in charges. These retaliatory actions are indicative of a malicious motive behind the lawsuit.

## Conclusion and Good Faith Cooperation

This lawsuit appears to be a retaliatory effort to discredit a whistleblower and survivor advocate who exposed potential misconduct. I have cooperated in good faith with law enforcement and acted within the boundaries of the law at all times. If this case proceeds to trial, I am prepared to present extensive evidence and documentation refuting each claim.

## Exhibits

The following exhibits further demonstrate that I acted transparently, sought proper approvals, and was never bound by any confidentiality agreements or NDAs related to the Millersville operation. And that the evidence I submitted to the TBI resulted in the plaintiff being indicted on federal charges.

## EXHIBIT A – Consent & Approval to Post Footage

*Source:* Text thread with Craig Sawyer & Forrest Sealey (V4CR), May 21, 2024

Summary: Kim Kelley directly asked whether she needed to blur law enforcement faces in the post-op recap video. Craig confirmed he would check with Shawn Taylor, then responded "Ok, it's GTG" and "He likes it!" confirming approval to post. This demonstrates full transparency and consent prior to publication.



**EXHIBIT B – Public Posting by V4CR of Unblurred Law Enforcement Faces**

*Screenshot: V4CR Instagram post (May 21, 2024) showing law enforcement personnel, including Detective Mike Candler, unblurred. This content was publicly published by the plaintiff's organization, contradicting claims of confidentiality breaches.*







Links: https://www.instagram.com/p/C7P_rystDuc/ (posted May 21, 2024; still public as of 8/20/2025)

https://www.youtube.com/shorts/eVWnsg8It9M (still public as of 8/20/2025)

**EXHIBIT C – Public Facebook Post from Assistant Chief Shawn Taylor Featuring Detective Mike Candler and Attorney Bryant Kroll**

**Source**: NewsChannel 5 Report

**Summary:** Millersville PD Assistant Chief Shawn Taylor posted a public selfie with Detective Candler and Attorney Bryant Kroll during the operation. The image was distributed by law enforcement, further confirming that their identities were not treated as confidential.



**EXHIBIT D – In July 2025, Plaintiff was indicted on felony charges**



**Source**: NewsChannel 5 Report

Respectfully,

Kim Kelley

Signed: _____

Founder, Digital Defenders United
Owner, Grow Online, LLC

(512) 897-3442

Kim@GrowOnlineLLC.com

10700 S. IH 35, Dilley, TX 78017