UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: CITY OF MILLERSVILLE LITIGATION | ) ) ) ) |
| This Document Relates To: No. 3:25-cv-00576 | ) ) ) ) ) ) |

CASE NO. 3:25-cv-00052

JUDGE CRENSHAW

MAGISTRATE JUDGE NEWBERN

## DEFENDANT NEWS-PRESS & GAZETTE'S MOTION TO DISMISS PLAINTIFFS CLAIMS AND FOR AN AWARD OF FEES AND COSTS

Defendant News-Press & Gazette ("News-Press") moves to dismiss Plaintiffs Shawn Taylor and Bryan Morris' Complaint [DE 1] against News-Press and for an award of its costs and fees pursuant to both 42 U.S.C. § 1988 and 28 U.S.C. § 1927 stating as follows:

This action alleges that News-Press[1] engaged in a RICO conspiracy to sexually exploit children and murder Hispanic parents along the United States/Mexico border to create orphans that can be trafficked or used for fundraising. Plaintiffs allege the purpose of the conspiracy is that it,

> [O]perates under a common purpose of raising illicit funds and public attention for Defendants' so-called 'child rescue' activities which included the alleged buying, kidnapping, or stealing of children from traffickers by force, as well as harboring them at a 'Survivor Center' surrounded by armed guards and concealing them from society until they reached adulthood,, and plans to coerce them into labor at the 'Survivor Center.'

DE 1 at ¶ 521.

---

[1] News-Press was sued as the owner of KEYT, a television station in Santa Barbara, California. News-Press is not the owner of KEYT. That station is owned by NPG of California, LLC. NPG of California has a single member, News-Press. News-Press denies that personal jurisdiction over NPG of California, LLC is proper in this District. News-Press denies that it has any liability for the conduct of KEYT.

Plaintiffs Shawn Taylor, the former Assistant Chief of Police in Millersville, and Bryan Morris, the former Police Chief in Millersville, do not limit their allegations to the conspiracists and vigilantes with whom they worked. Plaintiffs also allege a variety of media defendants are part of this overarching conspiracy. As it relates to Defendant News-Press, the only allegation of fact is contained in paragraphs 18 and 168 of the Complaint. Those two paragraphs allege:

> Defendant News-Press & Gazette Company owns and operates KEYT-TV and keyt.com. It posted and republished various articles from The Channel 5 Media Defendants and is therefore liable for same. "Keyt.com" is the official website for News 3-12, a television station serving various areas in California and is a purported CNN Affiliate owned by News-Press & Gazette Company, based [i]n St. Joseph, Missouri. KEYT-TV also claims to be an "ABC affiliate." It's [sic] principal office is 825 Edmond Street, Saint Joseph, Missouri, 64501.

DE 1 at ¶ 18.

> The article was reposted and republished by 'CNN Newsource' on May 23, 2024 to the website: https://keyt.com/cnn-regional/2024/05/23/city-commissioners-demand-special-meeting-to-investigate-hiring-of-conspiracy-cop/. 'Keyt.com' is the official website for News 3-12, a television station serving various areas in California and is a purported CNN Affiliate owned by News-Press & Gazette Company, base [i]n St. Joseph, Missouri. KEYT-TV also claims to be an 'ABC affiliate.'

DE 1 at ¶ 168.

Nothing in those alleged facts supports the slightest inference that News-Press was part of this fantastical conspiracy. Instead, the only allegation against News-Press is that through CNN's wire service, News-Press reposted a small portion (a single article) of co-defendant Phil Williams and Levi Ismail's reporting on these matters of public concern. That is not sufficient to plead a defamation claim, even if the facts reported were wrong. It certainly is not enough to support liability for human trafficking, engaging in international sex trafficking, or mass murder. Not only should Plaintiffs claims be dismissed, but Plaintiffs' counsel should be required to pay the News-Press' costs and fees for bringing an action with no factual support and that no rational person could believe was plausible.

2

This Court should dismiss all nine "claims" pleaded against the News-Press and award the News-Press its fees and expenses in defending against this baseless and frivolous suit.

Date: September 25, 2025.

RESPECTFULLY SUBMITTED,

BY: */s/Andrew W. Coffman*
Andrew W. Coffman (TN BPR #: 027160)
PHELPS DUNBAR LLP
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
P. O. Box 1220
Tupelo, Mississippi 38802-1220
Telephone: (662) 842-7907
Telecopier: (662) 842-3873
Email: andrew.coffman@phelps.com

ATTORNEYS FOR DEFENDANT,
NEWS-PRESS & GAZETTE

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been filed this date with the Clerk of the Court using the CM/ECF filing system which sent notification of same to counsel of record. Additionally, I certify that I served by U.S. Mail on this date the following individuals not yet represented by counsel:

Kim Kelley
10700 S. IH 35
Dilley, TX 78017

Phillip Joseph Drake
125 Huskey Court
Spartanburg, SC 29303

Digital Defenders United Incorporated
17350 State Highway 249,
Suite 220
Houston, Texas 77064

Grow Online, LLC
1806 Sandy Lake Dr.
Friendswood, Texas 77546

Uniting America, Inc.
125 Huskey Court
Spartanburg, SC 29303

DATED this the 25th day of September, 2025.

                                                  */s/ Andrew W. Coffman*
                                                    Andrew W. Coffman