IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: CITY OF MILLERSVILLE LITIGATION ) ) ) This Document Relates To: ) ) No. 3:25-cv-00576 ) / | Master File No. 3:25-cv-00052 Judge Crenshaw Magistrate Judge Newbern |

**DEFENDANTS, STEVE ABRAMOWICZ AND HEARTLAND JOURNAL, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants, **HEARTLAND JOURNAL, LLC and STEVE ABRAMOWICZ** (the "Heartland Defendants"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Court to dismiss Plaintiffs Shawn Taylor and Bryan Morris' Complaint in its entirety against the Heartland Defendants.

This action alleges that the Heartland Defendants engaged in a RICO conspiracy to defraud the public and defame Plaintiffs of rights not recognized under the United States Constitution. Plaintiffs make conclusory allegations over twenty-two paragraphs of the nearly six-hundred-paragraph complaint against the Heartland Defendants, holding them jointly and severally liable for all of the nearly two-hundred-page Complaint. Nothing in the twenty-two paragraphs relating to the Heartland Defendants supports the slightest inference that the Heartland Defendants were part of this alleged conspiracy involving numerous defendants with whom Plaintiffs worked and the media defendants covering their story.

In support of this Motion, the Heartland Defendants state that Plaintiffs' claims against them fail as a matter of law because:

1

1. The Complaint fails to allege facts sufficient to establish that the Heartland Defendants acted under color of state law, as required to state a claim under 42 U.S.C. § 1983;

2. The Complaint fails to allege facts showing the existence of RICO "conduct," a RICO "enterprise," or a "pattern of racketeering activity," or any predicate acts sufficient to support a claim under 18 U.S.C. § 1961, *et seq.*;

3. The Court may decline to exercise its supplemental jurisdiction over the remaining state law claims for defamation and false light where the Court has dismissed all federal law claims over which it has original jurisdiction; and

4. If the Court does extend supplemental jurisdiction, then notwithstanding, the Complaint still fails to allege specific, actionable statements made with actual malice necessary to sustain claims for defamation or false light.

Accordingly, the Heartland Defendants respectfully request that this Court:

(a) Grant this Motion;

(b) Dismiss all claims against Heartland Journal, LLC and Steve Abramowicz with prejudice; and

(c) Award such further relief as the Court deems just and proper.

A Memorandum of Law in Support of this Motion is being filed contemporaneously herewith.

Date: October 27, 2025

2

Case 3:25-cv-00052    Document 66    Filed 10/27/25    Page 2 of 4 PageID #: 1219

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Rocklan W. King*
Rocklan W. King III (BPR # 030643)
1600 West End Ave, Suite 1400
Nashville, Tennessee 37203
(615) 259-1450 / (615) 259-1470 F
*rocky.king@arlaw.com*

*Counsel for Defendants, Steve Abrammowicz
and Heartland Journal, LLC*

3

Case 3:25-cv-00052    Document 66    Filed 10/27/25    Page 3 of 4 PageID #: 1220

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2025, the foregoing instrument has been forwarded d to all counsel of record via the Court's CM/ECF system:

Bryant B. Kroll
The Law Office of Bryant Kroll
P.O. Box 219
Pegram, TN 37143
(615) 257-5667
bryant@bryantkroll.com

*Counsel for Plaintiffs and Consolidated Plaintiffs*

Kim Kelley
10700 S. IH 35
Dilley, TX 78017
512-897-3442
*pro se Defendant*

Ronald G. Harris
Womble Bond Dickinson (US) LLP
1222 Demonbreun St, Ste 1201
Nashville, TN 37203
629-312-1824
ron.harris@wbd-us.com

*Co-Counsel for Phil Williams, Levi Ismail, Scripps Media, Inc.*

William J. Harbison, II
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, TN 37203
615-742-4200
jharbison@srvhlaw.com

*Co-Counsel for Phil Williams, Levi Ismail, Scripps Media, Inc.*

Andrew W. Coffman
Phelps Dunbar LLP (MS Office)
105 East Main Street, Suite 201
Tupelo, MS 38804
662-690-8122
andrew.coffman@phelps.com

*Counsel for News-Press & Gazette Company*

                                                     */s/ Rocklan W. King*
                                                     Rocklan W. King III